

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-25-2014

# USA v. Jermel Lewis

Precedential or Non-Precedential: Precedential

Docket No. 10-2931

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"USA v. Jermel Lewis" (2014). *2014 Decisions.* Paper 1193.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/1193

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 10-2931

UNITED STATES OF AMERICA

v.

JERMEL LEWIS,
a/k/a STAR,
a/k/a PR-STAR,
a/k/a/ P

Jermel Lewis
                                        Appellant

(E.D. Pa. 2-08-cr-00161-003)

PRESENT:   McKEE, Chief Judge, RENDELL, AMBRO, FUENTES, SMITH,
           FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR.,
           VANASKIE, SHWARTZ, and KRAUSE Circuit Judges


**ORDER**


        A majority of the active judges having voted for rehearing *en banc*

in the above-captioned case, it is ordered that the petition for rehearing is GRANTED.

The Clerk of this Court shall list the case for rehearing *en banc* **February 19, 2015**.

The opinion and judgment entered September 9, 2014 are hereby vacated.

                                        By the Court,


                                        s/ Theodore McKee
                                            Chief Judge


Dated:      November 25, 2014
SLC/cc:     Arlene D. Fisk
            Paul J. Heznecker
            Robert A. Zauzmer